IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.   CASE NO. 1:89-cr-01016-MP

MAURICE ABSERA,

    Defendant.

_____/

**O R D E R**

This matter is before the Court on Doc. 402, Motion to Dismiss by United States as to Maurice Absera. The Drug Enforcement Administration advises that there is insufficient evidence to positively identify the defendant and if he were to be apprehended, there is insufficient evidence, due to the age of the case and unavailability of witnesses, to proceed to trial. Based upon DEA's representations, Government counsel has concluded that there is no reasonable likelihood of a successful prosecution on the merits, and requests that the charges against this defendant be dismissed. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

The indictment against Maurice Absera is dismissed.

**DONE AND ORDERED** this  _25th_  day of November, 2008

                        *s/Maurice M. Paul*
                    Maurice M. Paul, Senior District Judge